# EXHIBIT B

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NOKIA CORPORATION, a Finnish corporation, NOKIA OF AMERICA CORPORATION, a Delaware corporation, NOKIA SOLUTIONS AND NETWORKS OY, a Finnish corporation, and NOKIA TECHNOLOGIES OY, a Finnish corporation,<br><br>  Defendant. | C.A. No. 2021-0066-JRS |

## **NOTICE OF FILING OF NOTICE OF REMOVAL**

Please take notice that Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks Oy, and Nokia Technologies Oy ("Nokia") have removed this action to the United States District Court for the District of Delaware. On March 5, 2021, Nokia filed a Notice of Removal in that Court, a copy of which (excluding exhibits to that Notice of Removal) is attached hereto as Exhibit 1.

2

Nokia respectfully requests that this Court proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

|  |  |
|---|---|
| Dated: March 5, 2021 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Blake Rohrbacher (#4750)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br><br>*Attorneys for Defendants Nokia Corporation, Nokia of America Corporation, Nokia Solutions and Networks Oy, and Nokia Technologies Oy* |