IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CONTINENTAL AUTOMOTIVE SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NOKIA CORPORATION, NOKIA OF AMERICA CORPORATION, NOKIA SOLUTIONS AND NETWORKS OY, and NOKIA TECHNOLOGIES OY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-345-MN |

**PLAINTIFF'S FRCP 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Continental Automotive Systems, Inc. states as follows:

1. Continental Automotive Systems, Inc. is wholly owned by Continental Automotive, Inc., which is wholly-owned by Continental Automotive Holding Netherlands B.V., which is wholly-owned by UMG Beteiligungsgesellschaft mbH, which is wholly-owned by Continental Automotive GmbH, which is wholly-owned by Continental A.G.

2. No publicly-held company owns 10% or more of Continental Automotive Systems, Inc., however Continental Automotive Systems, Inc. is an indirect subsidiary of Continental A.G., a German public corporation.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Matthew W. Holder<br>Martin R. Bader<br>Michael K. Heins<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130<br>(858) 720-8900 | By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A. Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE  19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com |
| Dated:  March 15, 2021<br>7125238 | *Attorneys for Plaintiff*<br>*Continental Automotive Systems, Inc.* |