OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino  
CLERK

Unit 18  
844 N King Street  
Wilmington, De 19801  
(302) 573-6170

**VIA U.S. POSTAL SERVICE**   November 15, 2021

**Court of Chancery of the State of Delaware**
Leonard L. Williams Justice Center
500 N. King Street
Wilmington, DE 19801

      RE:   **Continental Automotive Systems, Inc. v. Nokia Corporation et al, C.A. No. 21-345-MN**

Dear Clerk,

    On November 15th, 2021, the Honorable Maryellen Noreika remanded the above-captioned case to the Court of Chancery for the State of Delaware. Enclosed, please find the following:

1) Certified copy of the USDC docket sheet; and
2) Certified copy of the memorandum opinion and order on remand.

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our website at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter via U.S. Mail or email at mn_civil@ded.uscourts.gov.

                                            Sincerely,
                                            John A. Cerino, Clerk

                                            /s/ Mark D. Buckson, Jr.
                                               Deputy Clerk

enc.
cc:   Counsel of record (via CM/ECF)

**I, _____, hereby acknowledge that I received the items listed above**

**on _____.**

**By: _____**
      **Printed Name**